SOPHIE A. SPIEGELHOFF, Appellant, v. AXEL LYON, Defendant. (GEORGE C. HOWARD, Respondent.) — Order modified by reducing amount of attorney's lien

to fifteen per cent, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.